# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: GABRIELA ARGUMEDO  
4723 EAST LAWN DRIVE  
ROCKFORD, IL  61108  

SSN-xxx-xx-4239

Case Number: 08-71160

Case filed on: 4/16/2008  
Plan Confirmed on:

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,106.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | STEPHEN G. BALSLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CLERK OF CIRCUIT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | FRIEDMAN & WEXLER, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CLERK OF CIRCUIT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | GABRIELA ARGUMEDO | 0.00 | 0.00 | 1,062.71 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,062.71 | 0.00 |
| 001 | WELLS FARGO FINANCIAL NATIONAL BANK/ | 1,968.55 | 600.00 | 22.00 | 18.00 |
| 002 | WELLS FARGO BANK NA | 300.00 | 300.00 | 0.00 | 0.00 |
|  | Total Secured | 2,268.55 | 900.00 | 22.00 | 18.00 |
| 001 | WELLS FARGO FINANCIAL NATIONAL BANK/ | 0.00 | 697.96 | 0.00 | 0.00 |
| 003 | ABD FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BENEFICIAL | 14,454.91 | 7,372.00 | 0.00 | 0.00 |
| 009 | LVNV FUNDING LLC | 1,944.64 | 991.77 | 0.00 | 0.00 |
| 010 | JEFFERSON CAPITAL SYSTEMS, LLC | 832.06 | 424.35 | 0.00 | 0.00 |
| 011 | WELLS FARGO FINANCIAL | 1,211.53 | 617.88 | 0.00 | 0.00 |
| 012 | LVNV FUNDING LLC | 4,161.05 | 2,122.14 | 0.00 | 0.00 |
|  | Total Unsecured | 22,604.19 | 12,226.10 | 0.00 | 0.00 |
|  | Grand Total: | 24,872.74 | 13,126.10 | 1,084.71 | 18.00 |

Total Paid Claimant:      $1,102.71  
Trustee Allowance:           $3.29  
Percent Paid Unsecured:       0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/24/2008          By  /s/Heather M. Fagan